# ATTACHMENT A

Your Honor,

I humbly ask your good office that you show clemency in your choice of sentence of Leticia Gallarzo's criminal case. I am pleading for your clemency as the sister of Leticia Gallarzo.

I can attest that she has shown sincere remorse for her actions. She is a great mother to her five boys that need her very much. She has two young ones, one that is 17 and another 12 that miss her dearly. She is also a grandmother to seven kids that they also miss her very much. She is the rock in her family holding them all together. She's also a great daughter and sister to me. Growing up I looked up to her because she is a single mother and she took care of her kids all by herself. In the past few months I've spoken to her and I can assure you, Your Honor, she has made amends. She's working on herself everyday fighting her previous traumas trying to be better for herself and most importantly for her kids. I just hope Your Honor that you can give her a chance for she can be again with her family.

Thank you for accepting and taking the time to read my letter.

Sincerely, Marcela Gallarzo

To whom it may concern,

I am writing about my mother Leticia Gallarzo.

I wanted to say how much of an amazing mom she is, she’s got so much love for her kids, and she always puts them first.

The mistakes she’s committed don’t take away from the amazing person she is.

We are honestly way better with her around and I know she can do better no matter what she's done, her being a great mother makes up for it.
She should honestly focus more on herself, because of how focused she is with her children, “my older brothers”.

She tries to give everything to her kids, and was blinded by the fact that she had to provide, for everyone. Even though ahe has no responsibility to provide for grown men and even her Ex-Husband, none of this is an excuse, but more of an understanding, and point of view of where we are coming from. I hope my mother Leticia Gallarzo learns.

With all of the things just stated, I will be finishing up this letter.
I really wish for the best and also hope for the best. It is definitely a struggle not having my mother around, and I hope we can see each other soon through the grace of God.

Thank you for reading, and accepting, and taking the time to read my letter.

Sincerely, Fernando Damian Samaniego