ATTACHMENT 1

# UNITED STATES DISTRICT COURT

FOR THE

Western DISTRICT OF Michigan

UNITED STATES OF AMERICA

Case No. 1:23-CR-118-01
(Write the number of your criminal case.)

v.

Leticia Gallarzo
Write your full name here.

## PROPOSED RELEASE PLAN

**In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)**

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain a person's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only* the last four digits of a social security number, the year of a person's birth, a minor's initials, and the last four digits of a financial account number.

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☒ Yes ☐ No

ATTACHMENT 1

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will help the U.S. Probation and Pretrial Services Office prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison.

2821 Allesandro Street, Los Angeles, CA 90039

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison.

Family home, contact information Yvonne Gallarzo
Ph: (323) 893-5012.

Provide the names (if under the age of 18, please use only their initials), ages, and relationship to you of any other residents living at the above-listed address.

Fernando Damian Samaniego (DOB: 06/18/2008) 17 years old
Emilio Gil Gallarzo (DOB: 03/22/2013) 13 years old

Do you know where you will work if you are released? If so, please provide the name and address of the employer and describe your job duties. If you do not have a specific employer, please describe the type of work you plan to do upon release.

List any additional housing or employment resources available to you.

### B. Medical Needs

Will you require ongoing medical care if you are released from prison?

☐ Yes ☒ No

ATTACHMENT 1

Will you have access to health insurance if released?

☐ Yes ☒ No

If yes, provide the name of your insurance company and the last four digits of the policy number.

n/a

If no, how do you plan to pay for your medical care?

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release? n/a

☐ Yes ☒ No

If yes, please include them with your motion.

If no, where are the records located?

I am not seeking compassionate release based on my medical care/condition, rather family circumstances.

Are you prescribed medication in the facility where you are incarcerated?

☐ Yes ☒ No

If yes, list all prescribed medication, dosage, and frequency.

n/a

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes ☒ No

ATTACHMENT 1

If yes, list equipment required.

n/a

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes ☒ No

If yes, list the required assistance and how it will be provided.

n/a

Do you require assisted living?

☐ Yes ☒ No

If yes, provide the address of the anticipated home or facility and the source of funding to pay for it.

n/a

Are the people you are proposing to reside with aware of your medical needs? n/a

☐ Yes ☐ No

Do you have other community support that can assist with your medical needs? n/a

☐ Yes ☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use only their initials.

n/a

Will you have transportation to and from your medical appointments? n/a

☐ Yes ☐ No

ATTACHMENT 1

Describe the method of transportation.

n/a

**SIGNATURE**

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

July 5, 2026
Date

[signature]
Signature

Leticia Gallarzo
Printed Name

21660-040
Federal Bureau of Prisons Register No.

Victorville Camp FCI Med, I
Federal Bureau of Prisons Facility

PO Box 5300, Adelanto, CA 92301
Institution's Address